IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LEONEL ZURITA-LOEZA,                                    2:12-cv-00976-AC

          Petitioner,

      v.                                          ORDER DISMISSING HABEAS
                                                    CORPUS PETITION

STEVE FRANKS,

          Respondent.

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED this 27th day of September, 2012.

                                                The Honorable John V. Acosta
                                                United States Magistrate Judge

Submitted by:

/s/ Tonia L. Moro
Tonia L. Moro
Attorney for Petitioner (by consent)

ORDER DISMISSING HABEAS CORPUS PETITION